# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 30, 2022

Lyle W. Cayce
Clerk

No. 21-51169
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Vidal Vasquez, Jr.,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:11-CR-1821-1

Before Davis, Jones, and Elrod, *Circuit Judges*.

Per Curiam:[*]

Following the revocation of Vidal Vasquez, Jr.'s supervised-release term, the district court sentenced him to 12 months of imprisonment and a five-year term of supervised release. Vasquez's sole claim, raised for the first time on appeal, challenges a condition of supervised release providing that if

---

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-51169

his probation officer determines that he poses a risk to another person, the officer may require him to notify that person of the risk. Vasquez argues that the district court erred in imposing this condition because it constitutes an impermissible delegation of judicial authority.

The sole issue in this appeal is now foreclosed by *United States v. Mejia-Banegas*, 32 F.4th 450, 451-52 (5th Cir. 2022), in which this court rejected the same argument and held that the district court did not err, plainly or otherwise, by imposing the same risk-notification condition. We accordingly AFFIRM the judgment of the district court.